UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

July 22, 2002

Clyde W. Waite, Esq.
547 East Washington Avenue
P.O. Box 274
Newtown, PA 18940

RE: Feldman v. The Progressive Group, et al.
Civil Action No. 02-2664

Dear Mr. Waite:

A review of the Court's records shows that a pleading in response to the complaint has not been filed in the above captioned action by defendant **The Progressive Group.**

If such a pleading is not filed by the above named defendant(s) on or before **August 5, 2002** you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If the Request for Default is not filed by **August 19, 2002** the Court may enter an order dismissing the case against the above named defendant(s) for lack of prosecution.

Very truly yours,

Constantine Flores
Deputy Clerk to Judge Robreno

xc: The Progress Group

Civ 21 (10/82)