IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JANETTE FELDMAN,                :         CIVIL ACTION
                                :
                                :
            vs.                 :
                                :
THE PROGRESSIVE GROUP, et al.,  :         NO. 02-2664

O R D E R


           **AND NOW, TO WIT:** This **18th** day of **October 2002**, it
having been reported that the issues between the parties in the
above action have been settled and upon Order of the Court
pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court, it is

           **ORDERED** that the above action is **DISMISSED** with
prejudice, pursuant to agreement of counsel without costs.

           The Court will retain jurisdiction for 90 days to hear
motions to vacate, modify, or strike from the record, for cause
shown, the entry of the order of dismissal.  Local Rule of Civil
Procedure 41.1(b); see Sawka v. Healtheast, Inc., 989 F.2d 138
(3d Cir. 1993).

           IT IS SO ORDERED.



                              _____
                                 Eduardo C. Robreno, J.



_____copies via FAX to:              _____copies mailed to: